UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RICHARD L. WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:08-0170 |
| | ) | Judge Echols |
| TARANCE CARLOS RILEY, | ) | |
| Defendant. | ) | |

## O R D E R

The plaintiff is a prisoner in the Lois M. DeBerry Special Needs Facility in Nashville, Tennessee. Proceeding *pro se*, the plaintiff brings this action under 42 U.S.C. § 1983.

As provided in the Memorandum entered contemporaneously herewith, the plaintiff's complaint is **DISMISSED** as frivolous. 28 U.S.C. § 1915A(b)(1).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Robert L. Echols
United States District Judge